## 66273. WILLIS v. THE STATE.

CARLEY, Judge.

Appellant was convicted of aggravated assault. He appeals from the conviction and sentence entered thereon.

Appellant's sole enumeration of error urges that the trial court erred in failing to charge upon the definition of simple assault in charging on aggravated assault. This assertion has been decided by

the Supreme Court adversely to appellant. "There is no merit in appellant's contention that a charge on simple assault [OCGA § 16-5-20 (Code Ann. § 26-1301)] must be given in order to complete the definition of aggravated assault [OCGA § 16-5-21 (Code Ann. § 26-1302)]. The latter does not need the former to make it complete. [Cit.]" *Sutton v. State,* 245 Ga. 192, 193 (2) (264 SE2d 184) (1980).

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

DECIDED JULY 15, 1983 —
REHEARING DENIED JULY 28, 1983 — 

*Martin L. Cowen III,* for appellant.
*Robert E. Keller, District Attorney, Mary Jane Stewart, Assistant District Attorney,* for appellee.